1338355

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS
JUN 13 2007
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ONECIMO GONZALEZ-VICTORINO
a/k/a Idioeni Olan
a/k/a Luis Mercado

## WARRANT FOR ARREST

CASE NUMBER: 07-MJ-60A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ONECIMO GONZALEZ-VICTORINO, aka Idioeni Olan & Luis Mercado
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at BCHOC by ICE agents | | |
| DATE RECEIVED 06/13/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 06/18/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.