IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 0955

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. |
| | ) | In Violation of 8 U.S.C. |
| ONECIMO GONZALEZ-VICTORINO | ) | §§ 1326(a) and (b)(2) |
| a/k/a Idioeni Olan and Luis Mercado | ) | |

FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

On or about June 1, 2007, Defendant ONECIMO GONZALEZ-VICTORINO, a/k/a Idioeni Olan and Luis Mercado, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

LUIS M. MATOS
First Assistant U.S. Attorney

6/27/07
DATE