UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-095S |
| | ) | |
| ONECIMO GONZALES-VICTORINO | ) | |

---

MOTION FOR SENTENCE RECONSIDERATION

Now comes Onecimo Gonzalez-Victorino, the Defendant in the above captioned matter, and moves this Honorable Court to reopen the sentencing hearing based on the recent decisions of the United States supreme Court in *United States v. Gall* and *United States v. Kimbrough*. Both cases greatly impact the sentencing process under the advisory sentencing guidelines and 18 U.S.C. § 3553(a), and were released on December 10, 2007, the day after the sentencing hearing herein. Mr. Gonzalez submits the attached memorandum in support of his request.

Respectfully submitted
Onecimo Gonzalez-Victorino
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was hand-delivered to Heather McLoughlin, United States Probation Officer, and Stephen Dambruch, Assistant United States Attorney, on December 11, 2007.

/s/ Kevin J. Fitzgerald, 5775

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-095S |
| | ) | |
| ONECIMO GONZALES-VICTORINO | ) | |

---

MEMORANDUM IN SUPPORT OF SENTENCING

Mr. Gonzalez appeared before this Court on Friday, December 7, 2007, for his sentencing hearing. After argument the Court impose a prison sentence of 41 months. On Monday, December 10, the Supreme Court released two decisions which greatly impact a district court's discretion in sentencing; *United States v. Kimbrough*, 2007 U.S. LEXIS 13082 (December 10, 2007), and *United States v. Gall*, 2007 U.S. LEXIS 13083 (December 10, 2007). During the hearing, the Court made comments which could reasonably be interpreted to mean that it did not necessarily agree with the guidelines and that a departure or variance, at least to the degree requested by the defense, would likely result in a successful government appeal. Both cases cement the validity of the Court's sentencing discretion. The Court may vary from the guidelines based on disagreements with the policies contained therein, and may also vary from the guidelines to any degree with justification. *See Kimbrough*, 2007 U.S. LEXIS 13082 (allowing sentencing court to disagree with policy in crack cocaine guideline sentences); *Gall*, 2007 U.S. LEXIS 13083 (holding all sentences, within or without the guidelines, subject to abuse of discretion standard on review and not a sliding scale based on the degree of the variance). Mr. Gonzalez requests this Court to reopen the sentencing hearing and also grant counsel additional time to brief this issue more completely.

Respectfully submitted
Onecimo Gonzalez-Victorino
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was hand-delivered to Heather McLoughlin, United States Probation Officer, and Stephen Dambruch, Assistant United States Attorney, on December 11, 2007.

/s/ Kevin J. Fitzgerald, 5775