**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-CR-95-01S** |
| | ) | |
| **ONECIMO GONZALEZ-VICTORINO** | ) | |

---

**NOTICE OF APPEAL**

Now comes the accused, Onecimo Gonzalez-Victorino, by and through his counsel, and hereby notices the appeal of the Judgment in his case.

Respectfully submitted
Onecimo Gonzalez-Victorino
By his attorney,

/s/ Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
kevin_fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Stephen Dambruch, AUSA on the 17th day of December 2007.

/s/ Kevin J. Fitzgerald