# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States vs. Onecimo Gonzalez-Victorino

District Court Case No. 07-CR-95-01S District of RI

Date Notice of Appeal filed 12-17-07 Court of Appeals Case No. 07-95

Form filed on behalf of Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ______

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ______

## TRANSCRIPT ORDER

Name of Court Reporter Anne Clayton

Phone Number of Reporter ______

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | 8-28-07 |
| ☐ Sentencing | 12-7-07 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ______ | |
| ☐ Testimony (specify ) ______ | |
| ☐ Other (specify) ______ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Kevin J. Fitzgerald, AFPD Filer's Signature [signature]

Firm/Address Federal Public Defender Office, 10 Weybosset Street, Providence, RI 02903

Telephone number 401-528-4281 Date mailed to court reporter 1-30-08

(Court Reporter Use ONLY) Date received ______

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**